1 | ERIC GRANT
United States Attorney
2 | MICHAEL D. ANDERSON
ROSANNE RUST
3 | KATHERINE T. LYDON
Assistant United States Attorneys
4 | 501 I Street, Suite 10-100
Sacramento, CA 95814
5 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900
6

**FILED**

**Nov 7, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

7 | ALEXANDRE DEMPSEY
Trial Attorney
8 | Public Integrity Section
U.S. Department of Justice
9 | 1301 New York Avenue, NW
Washington, D.C. 20530
10
Attorneys for Plaintiff
11 | United States of America

12

IN THE UNITED STATES DISTRICT COURT

13

EASTERN DISTRICT OF CALIFORNIA

14

15 | UNITED STATES OF AMERICA,

CASE NO.   2:25-cr-0258 TLN

16

Plaintiff,

17 | v.

SEALING ORDER

18 | DANA WILLIAMSON,

**UNDER SEAL**

19 | Defendant.

20

21

22

**SEALING ORDER**

23

Upon application of the United States of America and good cause having been shown,

24

IT IS HEREBY ORDERED that the indictment, the United States' request to seal, and the Order

25

to Seal in the above captioned matter shall be filed under seal and shall not be disclosed to any person,

26 | ///

27 | ///

28 | ///

[PROPOSED] SEALING ORDER

1

1    until the defendant is arrested or unless otherwise ordered by the Court.

2

3    Dated:     November 7, 2025

                           THE HONORABLE Carolyn K. Delaney
                           U.S. MAGISTRATE JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] SEALING ORDER               2