MCGREGOR W. SCOTT (Bar No. 142413)
*mscott@kslaw.com*
MATTHEW ROWAN (Bar No. 336198)
*mrowan@kslaw.com*
KING & SPALDING LLP
621 Capital Mall, Suite 1500
Sacramento, CA 95814
Telephone:    +1 916 321-4800
Facsimile:    +1 916 321-4900

*Attorneys for Defendant*
DANA WILLIAMSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>DANA WILLIAMSON,<br><br>                    Defendant. | Case No. 2:25-CR-00258-TLN<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY THE COURT ORDER TO SECURE DEFENDANT'S UNSECURED BOND** |

WHEREAS, the Plaintiff United States of America and Defendant Dana Williamson have conferred about the Minutes for Initial Appearance and Arraignment (ECF No. 7) ("Initial Appearance") and Court order for the Defendant to be released on pretrial conditions and on a $500,000 unsecured bond to be secured by property no later than 5:00 p.m. on November 26, 2025;

WHEREAS, the Defendant has made good faith efforts to secure the $500,000 unsecured bond with property since the Court's Order;

WHEREAS, the Parties have negotiated the deadline to secure the $500,000 unsecured bond with property to be set for December 5, 2025, at 5:00 p.m.;

---

King & Spalding LLP
621 Capital Mall
Suite 1500
Sacramento, CA 95814

THEREFORE, the foregoing negotiated deadline shall apply in lieu of that set by the Court's order at the Initial Appearance.

Respectfully submitted,


DATED: November 25, 2025                    /s/ McGregor W. Scott
                                            MCGREGOR W. SCOTT
                                            Attorney for Defendant
                                            DANA WILLIAMSON


DATED: Novemeber 25, 2025                   /s/ Katherine Lydon
                                            KATHERINE LYDON
                                            Attorney for Plaintiff
                                            UNITED STATES OF AMERICA


**PURSUANT TO STIPULATION, IT IS SO ORDERED**.


DATED:_____                      _____
                                           HON. CAROLYN K. DELANEY
                                           UNITED STATES MAGISTRATE JUDGE