MCGREGOR W. SCOTT (Bar No. 142413)
mscott@kslaw.com
MATTHEW ROWAN (Bar No. 336198)
mrowan@kslaw.com
KING & SPALDING LLP
621 Capital Mall, Suite 1500
Sacramento, CA 95814
Telephone:   +1 916 321-318-4800
Facsimile:   +1 916 321-4900

*Attorneys for Defendant*
DANA WILLIAMSON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANA WILLIAMSON,<br><br>    Defendant. | Case No. 2:25-CR-00258-TLN<br><br>**WAIVER OF PERSONAL APPEARANCE IN A CRIMINAL MATTER** |

Defendant hereby waives the right to be present in open court upon the hearing of any motion or other proceedings in this case, including when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, plea, empanelment of a jury, and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence of hers which the Court may permit pursuant to this waiver, agrees that her interest will be deemed represented at all times by the presence of her attorneys, the same as if she were personally present; and further agrees to be present in the Court ready for trial on any day which the Court may set in her absence.

Respectfully submitted,

DATED: 12/3/25

_____
DANA WILLIAMSON
Defendant

DATED: 12/3/25

/s/ MCGREGOR W. SCOTT
MCGREGOR W. SCOTT
Attorney for Defendant
DANA WILLIAMSON