**STATEMENT OF MCGREGOR SCOTT PURSUANT TO RULE 1.11 OF THE DISTRICT OF COLUMBIA RULES OF PROFESSIONAL CONDUCT**

I, McGregor Scott, am a partner in King & Spalding LLP, a law firm with an office at 621 Capitol Mall, Suite 1500 C, Sacramento, California 95814. Corey Amundson, who has been employed by the U.S. Department of Justice, Public Integrity Section, Criminal Division ("DOJ"), will become a partner with King & Spalding LLP in its Washington, D.C. office.

Mr. Amundson has advised that, while he served as Chief of the Public Integrity Section, his office, in partnership with the U.S. Attorney's Office for the Eastern District of California and the Federal Bureau of Investigation, handled a confidential criminal matter in which King & Spalding represents Grace Public Affairs LLC ("GPA LLC") and that he worked personally and substantially on the matter. The matter gave rise to several federal criminal cases. *See United States v. Dana Williamson* (EDCA), *United States v. Greg Campbell* (EDCA), and *United States v. Sean McCluskie* (EDCA). Under District of Columbia Rule 1.11(a), Mr. Amundson is personally disqualified from representing GPA LCC or other clients in matters on which he worked at DOJ personally and substantially or on substantially related matters. King & Spalding will continue to represent GPA LLC and potentially other clients in this matter, and it may properly do so under subsections (b), (c), and (d) of Rule 1.11 because:

1. King & Spalding and Mr. Amundson have agreed that he will be timely screened from any form of participation in the matters on which he personally and substantially worked at DOJ and from sharing in any fees resulting therefrom, and that he and King & Spalding will observe those requirements.

2. I attest that all affiliated King & Spalding lawyers are aware of the requirement that Mr. Amundson be screened from participating in or discussing the matters on which he worked at DOJ personally and substantially. The procedures being taken to screen Mr. Amundson from the case are (i) a prohibition against Mr. Amundson speaking with or in the presence of any King & Spalding personnel working on the matters about them, (ii) a prohibition against any of the King & Spalding personnel working on the matters from speaking with Mr. Amundson or in his presence about them, (iii) a prohibition against Mr. Amundson bringing to King & Spalding any documents, files, or materials in any form or medium about the matters; and (iv) a prohibition against Mr. Amundson accessing, reading, or reviewing any documents, files, or materials in any form or medium about the matters. King & Spalding will distribute these prohibitions to Mr. Amundson and to all personnel who are currently working on, or will in the future be added to, the matters. All recipients will be advised of their obligation to abide strictly by these prohibitions.

In addition, Mr. Amundson shall not use, disclose, or use to the detriment of the government or parties to any matter, or benefit of anyone, any confidence or secret obtained while working on the matter at DOJ.

Mr. Amundson's and my statements are being submitted to the Department of Justice and served on each party to the cases cited above.

Dated: Sacramento, CA
January 21, 2026

*McGregor Scott/p.p/PK*
McGregor Scott