| | |
|---|---|
| 1 | ERIC GRANT<br>United States Attorney |
| 2 | MICHAEL D. ANDERSON<br>KATHERINE T. LYDON |
| 3 | MATTHEW THUESEN<br>Assistant United States Attorneys |
| 4 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 5 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-00258 TLN |
| Plaintiff, | DESIGNATION OF COUNSEL |
| v. | |
| DANA WILLIAMSON, | |
| Defendant. | |

The United States of America requests that former Assistant U.S. Attorney Rosanne Rust be removed as counsel of record for plaintiff to the above-referenced case and from the service list of actions.

Dated: January 22, 2026

ERIC GRANT
United States Attorney

By: */s/ Michael D. Anderson*
MICHAEL D. ANDERSON
Assistant United States Attorney