7949886857

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

**FILED**
Jan 29, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

USA,

v.

DANA WILLIAMSON,

Case No: 2:25-CR-00258-TLN

## WARRANT FOR ARREST

**TO: THE UNITED STATES MARSHAL**
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST:** Dana Williamson

and bring him or her forthwith to the nearest United States magistrate judge to answer a(n)

Indictment

charging him or her with *(brief description of offense)*

**Conspiracy to Commit Bank Fraud and Wire Fraud**

in violation of Title __18__ United States Code, Section(s) __1349__

| | |
|---|---|
| J. Donati | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 11/7/25       Sacramento, CA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at   **NO BAIL**      by   **Magistrate Judge Carolyn K. Delaney**

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant

11/7/25                    Alan Yao - SDUSM
Date Received              Name and Title of Arresting Officer

11/12/25                   [signature]
Date of Arrest             Signature of Arresting Officer

