ERIC GRANT
United States Attorney
MICHAEL D. ANDERSON
KATHERINE T. LYDON
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-258 TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DANA WILLIAMSON, | DATE: February 5, 2026 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for status on February 5, 2026.

2.    By this stipulation, defendant now moves to continue the status conference until April 16, 2026, and to exclude time between February 5, 2026, and April 16, 2026, under Local Code T4.

3.    The parties agree and stipulate, and request that the Court find the following:

a)    The discovery associated with this case is quite voluminous.  The material produced thus far includes 287,830 pages of discovery as well as electronic devices/accounts made available for inspection.  The discovery comprises tax records, bank records, invoices, reports, audio and video recordings, text messages, emails, and other communications, as well as

1  additional material.  This material has been produced directly to counsel and/or made available
2  for inspection.

3        b)      The defense is reviewing the discovery and the charges in the case and has begun
4  engaging in discussions with the government regarding potential resolution of the case.

5        c)      Counsel for defendant desires additional time to review discovery, conduct
6  research and investigation related to the current charges, to confer with his client, and otherwise
7  prepare.  Additional time is particularly necessary because the defendant recently underwent a
8  serious medical procedure and currently is recovering in a medical facility.  The procedure went
9  well and was successful, but full recovery is expected to take months.  During this time,
10 defendant and defense counsel will continue to confer and prepare, but must work around
11 medical appointments and other medical considerations.

12       d)      Counsel for defendant believes that failure to grant the above-requested
13 continuance would deny him the reasonable time necessary for effective preparation, taking into
14 account the exercise of due diligence.

15       e)      The government does not object to the continuance.

16       f)      Based on the above-stated findings, the ends of justice served by continuing the
17 case as requested outweigh the interest of the public and the defendant in a trial within the
18 original date prescribed by the Speedy Trial Act.

19       g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
20 et seq., within which trial must commence, the time period of February 5, 2026 to April 16,
21 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
22 T4] because it results from a continuance granted by the Court at defendant's request on the basis
23 of the Court's finding that the ends of justice served by taking such action outweigh the best
24 interest of the public and the defendant in a speedy trial.

25 4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the
26 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
27 must commence.
28 //

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

IT IS SO STIPULATED.

Dated: January 30, 2026

ERIC GRANT
United States Attorney

/s/ KATHERINE T. LYDON
KATHERINE T. LYDON
Assistant United States Attorney

Dated: January 30, 2026

/s/ MCGREGOR SCOTT
MCGREGOR SCOTT
Counsel for Defendant
DANA WILLIAMSON

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: January 30, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE