ERIC GRANT
United States Attorney
MICHAEL D. ANDERSON
KATHERINE T. LYDON
MATTHEW THUESEN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:25-CR-258 TLN |
| Plaintiff, | STIPULATION TO SET JUDGEMENT AND SENTENCING HEARING AND PRESENTENCE REPORT DATES; ORDER |
| v. | |
| DANA WILLIAMSON, | DATE: July 9, 2026 |
| Defendant. | TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    On May 14, 2026, the defendant pleaded guilty to Counts 1, 22, and 23 of the Indictment.

2.    By previous order, this matter was set for status of sentencing hearing on July 9, 2026.

3.    The parties have reached agreement as to the following schedule, in consultation and with the agreement of the Probation Officer:

a)    Judgment and Sentencing Date: September 17, 2026

b)    Reply, or Statement of Non-Opposition: September 10, 2026

c)    Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: September 3, 2026

STIPULATION REGARDING SENTENCING AND PSR SCHEDULE

1

d)      The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: August 27, 2026

e)      Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:  August 20, 2026

f)      The draft Presentence Report shall be disclosed to counsel no later than: August 6, 2026

4.      The parties jointly request that the Court order the above scheduled and vacate the July 9, 2026 status of sentencing hearing.

IT IS SO STIPULATED.

Dated:  July 2, 2026

ERIC GRANT
United States Attorney

/s/ KATHERINE T. LYDON
KATHERINE T. LYDON
Assistant United States Attorney

Dated:  July 2, 2026

/s/ MCGREGOR SCOTT
MCGREGOR SCOTT
Counsel for Defendant
DANA WILLIAMSON

**ORDER**

IT IS SO FOUND AND ORDERED this 2nd day of July, 2026

Troy L. Nunley
Chief United States District Judge

STIPULATION REGARDING SENTENCING AND PSR SCHEDULE

2