# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. **2:25−CR−00258−TLN** |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |
| v. | |
| **DANA WILLIAMSON ,** | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule
unless it is later modified by this Court.

| | |
|---|---|
| Date of referral to Probation Officer: | **07/02/2026** |
| Judgment and sentencing date: | **09/17/2026** |
| Reply or statement of non-opposition: | **09/10/2026** |
| Motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | **09/03/2026** |
| The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than: | **08/27/2026** |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | **08/20/2026** |
| The Proposed Pre-Sentence Report shall be disclosed to counsel no later than: | **08/06/2026** |

Dated:     July 2, 2026                    By:    /s/  M. Krueger
                                                                        COURTROOM CLERK