**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DANA WILLIAMSON,<br>Defendant. | Case No. 2:25-CR-258-TLN CKD<br>**[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENTS** |

Pursuant to Local Rule 141, the Court's Standing Order in Criminal cases, and the Parties' December 11, 2025, Stipulated Protective Order (ECF No. 20), the Court hereby **GRANTS** Defendant Dana Williamson's Request to Seal Documents in Support of Defendant's Motion to Continue Sentencing. The following documents shall remain sealed unless or until this Court orders otherwise:

1. Defendant's Memorandum of Points and Authorities in support of Defendant's Motion to Continue Sentencing
2. McGregor Scott Declaration in Support of Defendant's Motion to Continue Sentencing

**IT IS SO ORDERED.**

DATE: ______________________

_____________________________
Hon. Troy L. Nunley
Chief United States District Judge