UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DANA WILLIAMSON,

Defendant.

No. 2:25-cr-00258-TLN-1

**ORDER**

Pursuant to Local Rule 141, the Court's Standing Order in Criminal cases, and the Parties' December 11, 2025, Stipulated Protective Order (ECF No. 20), the Court hereby GRANTS Defendant Dana Williamson's Request to Seal Documents in Support of Defendant's Motion to Continue Sentencing. The following documents shall remain sealed unless or until this Court orders otherwise:

1. Defendant's Memorandum and Amended Memorandum of Points and Authorities in support of Defendant's Motion to Continue Sentencing
2. McGregor Scott's Declaration and Amended Declaration in Support of Defendant's Motion to Continue Sentencing

//

//

//

IT IS SO ORDERED.

DATE: September 8, 2026

Troy L. Nunley
Chief United States District Judge