**[PROPOSED] ORDER**

THE COURT HEREBY ORDERS THAT:

1. A status conference regarding sentencing is set for September 24, 2026. Leading up to that date, defense counsel will provide medical records to the government so that the parties can attend the status conference with well-formulated positions regarding the date of sentencing. At the status conference, the following dates will be considered by the Court, with the input of the parties, and either remain unchanged or be re-set.
2. Judgment and sentencing is set for October 8, 2026.
3. Sentencing briefs and responses to formal objections to the PSR shall be filed by October 1, 2026, and formal objections to the PSR shall be filed by September 25, 2026, with the due dates subject to the status conference on September 24, 2026.

IT IS SO ORDERED this ____ day of ___________, _____.

THE HONORABLE TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE