ERIC GRANT
United States Attorney
MICHAEL D. ANDERSON
KATHERINE T. LYDON
MATTHEW THUESEN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANA WILLIAMSON,<br><br>Defendant. | CASE NO. 2:25-cr-258 TLN<br><br>STIPULATION TO SET JUDGEMENT & SENTENCING HEARING & VACATE STATUS CONFERENCE; [PROPOSED] ORDER<br><br>DATE: October 8, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, stipulate as follows:

1. On May 14, 2026, the defendant pleaded guilty to Counts 1, 22, and 23 of the Indictment. ECF No. 33. This Court set Judgment and Sentencing for September 17, 2026.

2. On September 15, 2026, this Court vacated Judgment and Sentencing and set the matter for a status conference regarding sentencing on September 24, 2026. ECF No. 43 at 4. This Court also ordered the parties to meet and confer in advance of the status conference. ECF No. 43 at 4. The parties updated the Court via stipulation, and the Court vacated the status conference and set another status conference for October 8, 2026. ECF No. 45.

3. The parties remain in communication regarding the defendant's evolving medical

situation. The government is in contact with the Bureau of Prisons regarding facilities that can provide the defendant with the care needed to address her medical issues, and defense counsel is monitoring the defendant's health as it relates to sentencing.

4. The parties expect and believe the matter should proceed to sentencing on December 10, 2026, and jointly ask the Court to set judgement and sentencing for that date. The parties request that the Court re-set the following dates:

a) Formal Objections to the Presentencing Investigation Report (PSR) shall be filed by November 25, 2026; and

b) Oppositions to Formal Objections to the PSR and Sentencing Briefs shall be filed by December 3, 2026.

5. The parties also jointly ask the Court to vacate the October 8 status conference.

6. Between now and December 10, 2026, the parties will remain in communication with each other. Defense counsel will continue to provide all relevant medical information and documents to the government as received. If it becomes necessary, the parties will set the matter for another status in the interim and/or file a status report with the Court.

IT IS SO STIPULATED.

Dated: October 7, 2026

ERIC GRANT
United States Attorney

/s/ KATHERINE T. LYDON

MICHAEL D. ANDERSON
KATHERINE T. LYDON
MATTHEW THUESEN
Assistant United States Attorneys

Dated: October 7, 2026

/s/ MCGREGOR W. SCOTT
MCGREGOR W. SCOTT
MATTHEW B. ROWAN
Counsel for Defendant
DANA WILLIAMSON

**[PROPOSED] ORDER**

IT IS SO FOUND AND ORDERED this ______ day of _____________, _______.

THE HONORABLE TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE